1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5    DIANE E. FINKELSTEIN,

          Plaintiff,                          Case No.  5:18-cv-00256-EJD

6

                                              **ORDER TO SHOW CAUSE RE:**
7    v.                                       **SETTLEMENT**

                                              Re: Dkt. No. 21
8    TRAVEL IMPRESSIONS, LTD.,

          Defendant.

9

10        The court has been notified this action has settled.  Accordingly, the parties are ordered to

11   appear before the Honorable Edward J. Davila on **May 3, 2018, at 10:00 AM** in Courtroom No. 4,

12   5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to

13   show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure

14   41(b).  On or before **April 26, 2018**, the parties shall file a joint statement in response to the Order

15   to Show Cause setting forth the status of the settlement as well as the amount of additional time

16   necessary to finalize and file a dismissal.

17        The Order to Show Cause shall be automatically vacated and the parties relieved of the

18   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19   Procedure 41(a) is filed on or before **April 26, 2018.**

20        All other pretrial and trial deadlines and hearing dates are VACATED and any pending

21   motions, including the Motion to Dismiss (Dkt. No. 6), are TERMINATED.

22        Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23   the action.

24        **IT IS SO ORDERED.**

25   Dated:  March 21, 2018

26   _____

27   EDWARD J. DAVILA
     United States District Judge

28   Case No.: 5:18-cv-00256-EJD
     ORDER TO SHOW CAUSE RE: SETTLEMENT
                                    1