Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone: +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Plaintiff
DIANE E. FINKELSTEIN



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIANE E. FINKELSTEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVEL IMPRESSIONS, LTD., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 5:18-CV-00256 EJD<br><br>Assigned for all Purposes to:<br>Hon. Edward J. Davila<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Diane E. Finkelstein hereby dismisses this entire action.

Dated: April 24, 2018     JONES DAY

By: */s/ Mark A. Finkelstein*
Mark A. Finkelstein

Counsel for Plaintiff
DIANE E. FINKELSTEIN